IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE ANTONIO PACHECO CINTRON
ELBA MARTINEZ MEDINA

DEBTOR(S)

CASE NO. 12-01025-ESL

CHAPTER 13

## NOTICE OF WITHDRAWAL
## OBJECTION TO CLAIM # 13-2
## DOCKET(79)

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Objection to Claim (docket#79) on 03/31/2016.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 8/9/2016.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
CCC-SR

12-01025-ESL                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

ASOCIACION RESIDENTES VERSALLES INC
ST UU 1 CALLE 39 PMB 315
BAYAMON, PR  00956

JOSE ANTONIO PACHECO CINTRON and ELBA MARTINEZ MEDINA
URB VERSALLES
G28 CALLE 7
BAYAMON, PR  00959

RODOLFO R HERNANDEZ RAMOS*
PO BOX 193997
SAN JUAN, PR  00919-3997


DATED: 8/9/2016                                   /s/ Hector Perez
                                                  OFFICE OF THE CHAPTER 13 TRUSTEE

        Page 1 of 1       - CASE NO       12-01025-ESL